**CERTIFICATE OF SERVICE**
I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of
Electric Filing (NEF) and paper copies will be sent this day to those participants indicated
as non-registered participants.
Certificate of Service

Gregor A. Pagnini
Leonard H. Kesten
Brody, Hardoon, Perkins & Kesten, LLP
One Exeter Plaza
Boston, MA 02116

on or about October 10, 2013.

Signed,
/mds/
Mark Stern